AUDIO RECORDING

February 13, 2024

EcoScribe Solutions
www.EcoScribeSolutions.com
888.651.0505



AUDIO RECORDING

February 13, 2024

1  Voice 1: Hello… Hello

2  Voice 2: Bueno

3  Voice 1: I don't speak Spanish there's no Maribel here.

4  Please remove my number. Please remove my number.

5  Do not call.

6  Voice 2:  Me comunica con Maribel Herrera?

7  Voice 1: No vive aquí. Yo no se un Maribel. And, I

8  don't speak Spanish very well… Maribel no vive aquí.

9  Voice 2: Ah correcto, bueno gracias.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE**

I, MELISSA OLIVA, certify that the foregoing is a correct transcript from the official electronic sound recording to the best of my ability.

Signed this 8th day of August, 2025.

*Melissa Oliva*

Melissa Oliva

### 1

**1** 2:1,3,7
**13** 1:25

### 2

**2** 2:2,6,9
**2024** 1:25
**2025** 3:10

### 8

**8th** 3:10

### A

**ability** 3:8
**aquí** 2:7,8
**AUDIO** 1:7
**August** 3:10

### B

**best** 3:8
**bueno** 2:2,9

### C

**call** 2:5
**CERTIFICATE** 3:3
**certify** 3:6
**comunica** 2:6
**con** 2:6
**correct** 3:7
**correcto** 2:9

### D

**day** 3:10
**don't** 2:3,8

### E

**electronic** 3:7

### F

**February** 1:25
**foregoing** 3:6

### G

**gracias** 2:9

### H

**Hello** 2:1
**Hello…** 2:1
**here** 2:3
**Herrera** 2:6

### M

**Maribel** 2:3,6,7,8
**Me** 2:6
**Melissa** 3:6,14

### N

**number** 2:4

### O

**official** 3:7
**Oliva** 3:6,14

### P

**Please** 2:4

### R

**recording** 1:7 3:8
**remove** 2:4

### S

**se** 2:7
**Signed** 3:10
**sound** 3:8
**Spanish** 2:3,8
**speak** 2:3,8

### T

**there's** 2:3
**transcript** 3:7

### U

**un** 2:7

### V

**vive** 2:7,8
**Voice** 2:1,2,3,6,7,9

### W

**well…** 2:8

### Y

**Yo** 2:7