UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ANGELA KEITH,
on behalf of herself and others similarly situated,

        Plaintiff,        Case No.: 3:24-cv-729-jdp

HY CITE ENTERPRISES, LLC,

        Defendant.

---

**DECLARATION OF ANGELA KEITH IN SUPPORT
OF HER MOTION FOR CLASS ACTION CERTIFICATION
AND APPOINTMENT OF CLASS COUNSEL**

---

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Angela Keith.

2. I am over 21 years old.

3. I am fully competent to make the statements included in this declaration, and I have personal knowledge of these statements.

4. I am the named plaintiff and proposed class representative in this lawsuit against Hy Cite Enterprises, LLC ("Hy Cite").

5. I submit this declaration in support of my motion for class certification and appointment of class counsel.

6. I am the sole and customary user of telephone number (360) XXX-8832.

7. The -8832 telephone number is my personal cellular telephone number and has been my personal cell phone number since at least January 2022.

8. My wireless carrier is AT&T.

1

9. Hy Cite delivered many prerecorded voice messages to my -8832 cellular telephone number in 2024.

10. The messages Hy Cite delivered to my -8832 cellular telephone number were in Spanish.

11. I am not fluent in Spanish.

12. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on January 29, 2024.

13. My voicemail greeting on my -8832 cellular telephone number starts with: "This is Angie. . . ." As a result, anyone who reaches my voicemail would know that the voicemail box belongs to Angie and not someone else.

14. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number on January 30, 2024.

15. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number on January 31, 2024.

16. On approximately February 13, 2024, I spoke with Hy Cite and told Hy Cite that I did not know Maribel, she did not live with me, to please remove my number, and to not call again.

17. Hy Cite recorded my February 13, 2024 conversation, and that is my voice on the recording produced as HC_000016.

18. Hy Cite ignored me and kept calling.

19. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on February 23, 2024.

20. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on February 24, 2024.

21. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number on March 1, 2024.

22. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 4, 2024.

23. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 5, 2024.

24. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 11, 2024.

25. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 12, 2024.

26. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 13, 2024.

27. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 14, 2024.

28. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on March 19, 2024.

29. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on April 19, 2024.

30. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 4, 2024.

31. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 6, 2024.

32. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 7, 2024.

33. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 8, 2024.

34. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 11, 2024.

35. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 14, 2024.

36. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on May 30, 2024.

37. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 7, 2024.

38. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 8, 2024.

39. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 11, 2024.

40. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 13, 2024.

41. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 17, 2024.

42. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 18, 2024.

43. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 19, 2024.

44. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on June 24, 2024.

45. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 1, 2024.

46. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 8, 2024.

47. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 11, 2024.

48. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 17, 2024.

49. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 19, 2024.

50. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 23, 2024.

51. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 25, 2024.

52. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on July 26, 2024.

53. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on August 12, 2024.

54. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on August 30, 2024.

55. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on August 31, 2024.

56. I listened to the prerecorded voice messages Hy Cite left for me.

57. I have never had an account with Hy Cite.

58. I have never had an account with Royal Prestige.

59. It is my understanding that Hy Cite was calling looking for a person named Maribel.

60. I don't know why Hy Cite was calling my number for Maribel.

61. I don't know who Maribel is.

62. I have never given someone named Maribel permission to use my cell phone.

63. I have never had any sort of business relationship with Hy Cite or Royal Prestige.

64. I never gave my cellular telephone number to Hy Cite.

65. I never gave Hy Cite my consent to call my cellular telephone number using an artificial or prerecorded voice.

66. I never gave Hy Cite my consent to call my cellular telephone number in any fashion.

67. I have been actively involved in this case since the start.

68. I reviewed and approved my complaint before it was filed.

69. I speak with my attorneys over the phone and by email to stay up to date on this case.

70. I have responded to written discovery requests from Hy Cite.

71. I have produced documents to Hy Cite, including screenshots from my cell phone and prerecorded voicemail messages I received from Hy Cite.

72. I am committed to this case and protecting the interests of the other class members I seek to represent.

73. I understand that I have sued Hy Cite on my own behalf and on behalf of the class members, for Hy Cite's unwanted telephone calls and prerecorded messages directed to our cellular telephone numbers without our permission.

74. I have retained Greenwald Davidson Radbil PLLC to represent me in this case and to serve as class counsel for the other class members.

75. I am prepared to make all decisions in this case in the best interests of everyone in the class who received unwanted calls and prerecorded messages from Hy Cite.

76. I request that the Court grant my motion for class certification, appoint me as the class representative for the class, and appoint Greenwald Davidson Radbil PLLC as class counsel for the class.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct.

Executed on  Jul 25, 2025            By: _____
                                          Angela Keith (Jul 25, 2025 13:38:00 PDT)
                                          Angela Keith