**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

ANGELA KEITH,
on behalf of herself and others similarly situated,

Plaintiff, Case No.: 3:24-cv-729-jdp

HY CITE ENTERPRISES, LLC,

Defendant.

---

**DECLARATION OF ANGELA KEITH IN SUPPORT OF HER MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND A SERVICE AWARD**

---

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Angela Keith.

2. I am over 21 years old.

3. I am the named plaintiff and class representative in this lawsuit against Hy Cite Enterprises, LLC ("Hy Cite").

4. I submit this declaration in support of my motion for attorneys' fees, costs, expenses, and a service award.

5. I am the sole and customary user of telephone number (360) XXX-8832.

6. The -8832 telephone number is my personal cellular telephone number and has been my personal cell phone number since at least January 2022.

7. Hy Cite delivered many prerecorded voice messages to my -8832 cellular telephone number in 2024.

8. The messages Hy Cite delivered to my -8832 cellular telephone number were in Spanish.

9. I am not fluent in Spanish.

10. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on January 29, 2024.

11. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number on January 30, 2024.

12. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number on January 31, 2024.

13. On approximately February 13, 2024, I spoke with Hy Cite and told Hy Cite that I did not know the woman they were calling for (someone named Maribel), that she did not live with me, to please remove my number, and to not call again.

14. Hy Cite ignored me and kept calling.

15. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number in February 2024.

16. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number in March 2024.

17. Hy Cite delivered a prerecorded voice message to my -8832 cellular telephone number on April 19, 2024.

18. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number in May 2024.

19. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number in June 2024.

20. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number in July 2024.

21. Hy Cite delivered multiple prerecorded voice messages to my -8832 cellular telephone number in August 2024.

22. I listened to the prerecorded voice messages Hy Cite left for me.

23. I have never had an account with Hy Cite.

24. I have never had an account with Royal Prestige.

25. It is my understanding that Hy Cite was calling looking for a person named Maribel.

26. At the time I didn't know why Hy Cite was calling my number for Maribel, but I have since learned that Maribel apparently had an account with Hy Cite.

27. I don't know who Maribel is.

28. I have never given someone named Maribel permission to use my cell phone.

29. I have never had any sort of business relationship with Hy Cite or Royal Prestige.

30. I never gave Hy Cite consent to call my cell phone using an artificial or prerecorded voice.

31. I never gave Hy Cite consent to call my cell phone in any fashion.

32. I have been actively involved in this case since the start.

33. I reviewed and approved my class action complaint before it was filed back in October 2024.

34. Throughout the past 1.5 years I have frequently spoken with my attorneys by phone and by email to stay up to date on this case.

35. I have responded to written discovery requests from Hy Cite, including helping my attorneys answer interrogatories issued to me.

36. I have searched for and produced documents to Hy Cite, including screenshots from my cell phone and prerecorded voicemail messages I received from Hy Cite.

37. While I did not get deposed, I was ready, willing, and able to provide deposition testimony.

38. I previously submitted a detailed declaration outlining the facts of my case in connection with my motion for class certification.

39. I approximate that I spent at least 35 hours working on this case, including researching Hy Cite's calls to me and searching for and finding counsel.

40. I had my cell phone records subpoenaed from my wireless carrier and turned over to Hy Cite.

41. Information about me and this case is available online, which subjects me to potential public scrutiny.

42. I have been committed to this case and to protecting the interests of the other class members I represent.

43. I could have tried to resolve this matter on my own behalf—instead of on behalf of a class—and likely obtained more money for myself than I will through this class action.

44. However, it was very important to me to put others' interests ahead of my own because I wanted Hy Cite to make it right not just to me, but to everyone else it robocalled who were not its customers.

45. I participated in mediation and am extremely proud of the $4.75 million settlement.

46. I am also very proud that, because of my case and settlement, Hy Cite has changed its practices to help it avoid placing robocalls to people who aren't its customers in the future.

47. I retained Greenwald Davidson Radbil PLLC to represent me in this case and to serve as class counsel for the other class members. I hired the firm because of its vast experience with robocall class actions like this one.

48. My fee agreement with Greenwald Davidson Radbil PLLC limits their attorneys' fee to 35% of the total amount recovered. My attorneys are seeking less than this amount.

49. I have made all decisions in this case in the best interests of everyone in the class who received unwanted calls and prerecorded messages from Hy Cite.

50. As noted, I have devoted a lot of time to this case and will continue to spend the time necessary to make sure class members receive their payments.

51. Because of the time and effort I have devoted to this case, the tremendous recovery for the class, that I put the interests of others ahead of my own, and the practice changes Hy Cite has made as a result of the efforts of me and my attorneys, I ask that the Court approve my request for a $15,000 service award.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above is true and correct to the best of my information, knowledge, and belief.

Executed on May 13, 2026

By: Angie Keith (May 13, 2026 00:26:17 PDT)
Angela Keith