**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

ANGELA KEITH, on behalf of herself and others similarly situated,

Plaintiff,

v.

HY CITE ENTERPRISES, LLC,

Defendant.

Case No. 3:24-cv-00729-jdp

CLASS ACTION

**DECLARATION OF ELIAS ROSE OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**

Date: October 6, 2026
Time: 12:30 p.m. CT

The Hon. James D. Peterson

I, Elias Rose, declare as follows:

## INTRODUCTION

1. I am a Senior Manager of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

## BACKGROUND

3. Kroll was retained as the Claims Administrator to provide notification and claims administration services in connection with the Class Action Settlement Agreement and Release (the "Settlement Agreement") entered into in this Lawsuit. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act ("CAFA"); (b) receiving the list of potentially impacted telephone numbers from Defendant and performing reverse-lookup process to identify potential Settlement Class Members' names and addresses; (c) creating a Settlement website with online claim-filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Class Notice and detachable Claim Form (the "Postcard Notice") via first-class mail; (g) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (h) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (i) receiving and processing Claim Forms; (j) receiving and processing requests for exclusion and objections; and (k) such other tasks as counsel for the parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### The CAFA Mailing

4. As noted in the *Declaration of Elias Rose of Kroll Settlement Administration LLC re Class Action Fairness Act Notice*, filed July 15, 2026, at Defendant's counsel's direction, on November 18, 2025, Kroll sent notice required by CAFA to all appropriate recipients. *See* ECF No. 35. Kroll has not received any responses to the CAFA notice.

### Data and Case Setup

5. On October 24, 2025, Kroll received one (1) data file from Defendant's counsel. The file contained a total of 22,270 telephone numbers. Kroll subsequently analyzed the data to identify telephone numbers associated with wireless devices, resulting in fewer than 18,000 wireless telephone numbers that potentially fell within the Settlement Class definition. In March 2026, Kroll performed a reverse-lookup process to identify names and physical mailing addresses

associated with those wireless telephone numbers during the applicable Class Period. Because the reverse-lookup process identified individuals associated with the telephone numbers at various times throughout the Class Period, multiple individuals could be associated with a single telephone number. Kroll then reviewed and cleaned the resulting data, including removing duplicate records, resulting in a total of 49,408 unique records (the "Notice List"). The Notice List was intentionally overinclusive to help ensure that all potential Settlement Class Members received direct mail notice. Additionally, to increase the likelihood that Postcard Notices would be deliverable, Kroll processed the Notice List through the USPS's National Change of Address ("NCOA") database and updated the Notice List with address changes received through the NCOA process.

6. On April 13, 2026, Kroll provided a dedicated Settlement website entitled www.HyCiteTCPASettlement.com (the "Settlement Website") to counsel for review. The Settlement Website went live on April 24, 2026, and contains a summary of the Settlement, important dates and deadlines, contact information for the Claims Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Settlement Agreement, Order Preliminarily Approving the Settlement, long-form Class Notice, Claim Form, Plaintiff's class action complaint, Defendant's answer and defenses, and Plaintiff's petition for attorneys' fees, expenses, and costs, and allows Settlement Class Members an opportunity to file a Claim Form online.

7. On March 25, 2026, Kroll established a toll-free telephone number, (833) 621-5434, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system and through speaking with a live operator. As of August 24, 2026, the IVR system has received 559 calls, and sixty-two (62) callers have been connected to live operators.

8. On March 25, 2026, Kroll designated a post office box with the mailing address *Keith v. Hy Cite Enterprises, LLC*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, in order to receive requests for exclusion, Claim Forms, objections, and correspondence from Settlement Class Members.

**The Notice Program**

9. On April 24, 2026, Kroll caused the mailing of 49,408 Postcard Notices via first-class mail. A true and correct copy of the Postcard Notice, along with the long-form Class Notice and Claim Form, are attached hereto as **Exhibits A, B, and C**, respectively.

## NOTICE PROGRAM REACH

10. Following all Postcard Notice re-mailings where an updated address was identified, Kroll has reason to believe that Postcard Notice likely reached 46,422 of the 49,408 persons to whom notice was mailed, which equates to a reach rate of approximately 93.96% of the direct mail notice program. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.

## CLAIM ACTIVITY

11. The deadline to submit a Claim Form was July 8, 2026.

12. As of August 24, 2026, Kroll has received 674 Claim Forms through the mail and 769 Claim Forms filed electronically through the Settlement Website, for a total of 1,443 claims received.

13. To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, potential Settlement Class Members were provided a unique "Class Member ID" on their respective notices as part of the claims process. The Class Member ID was required for Settlement Class Members to file a Claim Form online.

## NO EXCLUSIONS OR OBJECTIONS

14. Kroll has received no requests for exclusion from the Settlement. The deadline to request exclusion was July 8, 2026.

15. Kroll has received no objections to the Settlement. The deadline to object was July 8, 2026.

## COSTS OF NOTICE AND ADMINISTRATION

16. As of August 24, 2026, Kroll has billed $61,362.62 for costs of notice and administration incurred in the administration of this matter.

## CERTIFICATION

I affirm under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on August 24, 2026, in Portland, Oregon.

Elias Rose