IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANGELA KEITH,
On behalf of herself and others similarly situated,

Plaintiff,

v.

HY CITE ENTERPRISES, LLC

Defendant.

MEMORANDUM

24-cv-729-jdp

---

A draft of the order approving the settlement is attached. The parties have until October 8, 2026, to file any objections.

Entered October 6, 2026.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge