**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

ANGELA KEITH,
on behalf of herself and others similarly situated,

Plaintiff, Case No.: 3:24-cv-729-jdp

HY CITE ENTERPRISES, LLC,

Defendant.

---

**PLAINTIFF'S LIMITED OBJECTION TO DRAFT ORDER APPROVING SETTLEMENT**

---

This Court held a final fairness hearing on October 6, 2026. Dkt. 39. At the hearing, the Court indicated it would award attorneys' fees in an amount less than the 36% of the net settlement fund sought by class counsel. Thereafter, this Court issued a draft of the order approving the settlement, through which it awarded $1,514,799.99 in attorneys' fees and set a deadline of October 8, 2026 for any objections. Dkt. 38.

Counsel for the parties have conferred regarding the draft order and have differing notes regarding whether at the final fairness hearing the Court stated it would award fees amounting to one-third of the net settlement fund or 33% of the net settlement fund. Counsel have requested a recording of the hearing to verify whether the Court stated it was awarding one-third or 33% but, as of the time of this filing, have not received it.[1] To the extent the Court stated it would award fees amounting to 33% of the net settlement fund, the parties have no objection to the proposed final approval order. But, to the extent the Court stated it would award fees amounting to one-third of the net settlement fund, Angela Keith objects to the draft order for the limited purpose of correcting the

---

[1] This Court set a deadline of today, October 8, 2026, for any objections.

calculation of the fee award. As noted, through its draft order, this Court awarded fees of $1,514,799.99. Dkt. 38-1 at 3. However, one-third of the $4.75 million settlement fund—less notice and administration costs, litigation costs and expenses, and Ms. Keith's service award—is $1,530,100.99.[2]

Accordingly, to the extent the Court stated it was awarding fees amounting to one-third of the net settlement fund, Ms. Keith respectfully requests that the Court amend its draft order to award fees in the amount of $1,530,100.99.

Dated: October 8, 2026

/*s/ Michael L. Greenwald*
Michael L. Greenwald
James L. Davidson
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com

*Class Counsel*

[2] The net settlement fund is $4,590,302.99 (calculated as $4,750,000 (total settlement fund) - $133,463 (notice and administration costs) - $15,000 (approved incentive award to Ms. Keith) - $11,234.01 (approved litigation costs and expenses)). Dkt. 31 at 2 n.1. Dividing the net settlement fund by 3 (or multiplying the net settlement fund by 1/3) equals $1,530,100.99.